*Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 421. STANDARD OIL CO. OF LOUISIANA ET AL. *v.* THE KONGO ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Wm. Marshall Bullitt, Chas. G. Middleton* and *Louis Seelbach* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney, Oscar H. Davis, John D. Goodloe, Max Hersh* and *George H. Terriberry* for respondents.

No. 423. W. E. HEDGER TRANSPORTATION CORP. *v.* IRA S. BUSHEY & SONS, INC. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Horace M. Gray* for petitioner. *Christopher E. Heckman* for respondent.

No. 426. WESTERN AIRLINES, INC. *v.* BRATT ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Arthur E. Moreton* for petitioner. *William H. DeParcq* and *Parnell Black* for respondents.

No. 428. COMMISSIONER OF INTERNAL REVENUE *v.* BECK ET AL., TRUSTEES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General McGrath* for petitioner.